# Court of Appeals
# of the State of Georgia

ATLANTA, March 09, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0666. JOYNER et al. v. CATLIN INSURANCE COMPANY et al.**

This case was docketed on November 1, 2019. The Appellant sought two extensions of time to file his appellate brief, which were granted by this Court, thereby extending the time for the Appellant to file his brief and enumeration of errors through February 14, 2020. The Appellant failed to file a brief and enumeration of errors by this time, and, this Court has yet to receive them. Accordingly, as authorized by Rule 23 (a) of the rules of this Court, the Appellant's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/09/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*